

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2014

No. 04-13-00596-CR

Mario Josue **QUINTERO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 11-07-10748-CR
Honorable Camile G. Dubose, Judge Presiding

## O R D E R

On February 3, 2014, we abated the appeal and remanded to the trial court to permit withdrawal of appellate counsel and appointment of new appellate counsel. The trial court clerk has filed a supplemental clerk's record containing the new appointment. Accordingly, we REINSTATE the appeal on this court's docket. It is ORDERED that appellant's brief is due within 30 days of the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court